UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
IN RE: SKI TRAIN FIRE IN KAPRUN AUSTRIA  :  MDL # 1428 (SAS)
  ON NOVEMBER 11, 2000  :
---------------------------------------------------------------------- X
**This document relates to the following cases:**

---------------------------------------------------------------------- X
**FERK et al,**        **Plaintiffs,** :
 - and -           :  **Civil Action #**
                :  **07–CV–4104 (SAS)**
**OMNIGLOW CORPORATION., et a,** **Defendants.** :
---------------------------------------------------------------- X

==================================================================
**CERTIFICATE OF SERVICE AS TO:**

**GMS ACQUISITION PARTNERS LLC.**
==================================================================

I hereby certify that service was made upon the defendants as follows:

1. On May 26, 2007, I caused a copy of the Summons and Complaints in the above referenced matter to be served on GMS ACQUISITION PARTNERS LLC at its registered agent for service of process:

   THE CORPORATION TRUST COMPANY
   CORPORATION TRUST CENTER,
   1209 ORANGE STREET, WILMINGTON, DE 19801

2. Service was made by UPS Delivery Shipment Receipt # MMPPHAJFGBNE3.

3. A second copy of the Summons and Complaint was also mailed (with a Rule 4 notice of Lawsuit and Request for Waiver of Service of Summons and with prepaid return envelop provided) to GMS Acquisition Partners Attn Marceau Schlumberger at 53rd & Lexington Ave, NY, NY 10022 via UPS Delivery Shipment # MMPPHAJZPR7XE.

4. The foregoing statements are true and accurate.

Dated: May 29, 2007       <u>/s/ Edward D. Fagan (signed electronically)</u>
   New York, NY          Edward D. Fagan