UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
IN RE: SKI TRAIN FIRE IN KAPRUN AUSTRIA           :        MDL # 1428 (SAS)
    ON NOVEMBER 11, 2000                          :
------------------------------------------------------------------ X
**This document relates to the following cases:**

------------------------------------------------------------------ X
**FERK et al,**                    **Plaintiffs,**    :
    - and -                                           :        **Civil Action #**
                                                      :        **07–CV–4104 (SAS)**
**OMNIGLOW CORPORATION., et a,**   **Defendants.**    :
------------------------------------------------------------------ X

======================================================================
### CERTIFICATE OF SERVICE AS TO:

### OMNIGLOW MANAGEMENT LLC
======================================================================

I hereby certify that service was made upon the defendants as follows:

1. On May 26, 2007, I caused a copy of the Summons and Complaints in the above referenced matter to be served on OMNIGLOW MANAGEMENT LLC at its registered agent for service of process:

    c/o NATIONAL REGISTERED AGENTS, INC.
    160 GREENTREE DRIVE SUITE 101, DOVER, DE 19904

2. Service was made by UPS Delivery Shipment Receipt # MMPPHAJBJ13XG.

3. A second copy of the Summons and Complaint was also mailed (with a Rule 4 notice of Lawsuit and Request for Waiver of Service of Summons and with prepaid return envelop provided) to OMNIGLOW MANAGEMENT LLC c/o ZILKA & Company, 767 Fifth Avenue, 46th Floor, New York, NY  10153, which is office listed with the NYS Department of State as its agent in NY.   This service was made by UPS Delivery Shipment Receipt # # MMPPHAJNM4H7P.

4. The foregoing statements are true and accurate.

Dated: May 29, 2007                    /s/ Edward D. Fagan (signed electronically)
    New York, NY                            Edward D. Fagan