UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X
IN RE: SKI TRAIN FIRE IN KAPRUN AUSTRIA     :     MDL # 1428 (SAS)
    ON NOVEMBER 11, 2000                             :
------------------------------------------------------------------------- X
This document relates to the following cases:

------------------------------------------------------------------------- X
FERK et al,                             Plaintiffs,     :
  - and -                                               :     Civil Action #
                                                                     :     07–CV–4104 (SAS)
OMNIGLOW CORPORATION., et a,     Defendants.     :
---------------------------------------------------------------------    X

====================================================================

**CERTIFICATE OF SERVICE AS TO:**

**SCIENS CAPITAL PARTNERS LP**
====================================================================

I hereby certify that service was made upon the defendants as follows:

1. On May 26, 2007, I caused a copy of the Summons and Complaints in the above referenced matter to be served on SCIENS CAPITAL PARTNERS LP at its registered agent for service of process

   CORPORATION SERVICE COMPANY
   2711 CENTERVILLE ROAD SUITE 400, WILMINGTON, DE 19808

2. Service was made by UPS Delivery Shipment Receipt # MMPPHAJAU2NYN in accordance with the procedures explained by the defendants registered agent.

3. A second copy of the Summons and Complaint was also mailed (with a Rule 4 notice of Lawsuit and Request for Waiver of Service of Summons and with prepaid return envelop provided) to SCIENS CAPITAL PARTNERS LP c/o JOHN P. RIGA, 667 MADISON AVE, NEW YORK, NY 10021 which is office listed with the NYS Department of State as its agent in NY.   This service was made by UPS Delivery Shipment Receipt # MMPPHAJYFT1EN.

4. The foregoing statements are true and accurate.

Dated: May 29, 2007                              /s/ Edward D. Fagan (signed electronically)
      New York, NY                                   Edward D. Fagan