UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------- X
IN RE: SKI TRAIN FIRE IN KAPRUN AUSTRIA           :       MDL # 1428 (SAS)
    ON NOVEMBER 11, 2000                          :
-------------------------------------------------------------------- X
```
This document relates to the following cases:

```
-------------------------------------------------------------------- X
FERK et al,                           Plaintiffs, :
    - and -                                       :       Civil Action #
                                                  :       07–CV–4104 (SAS)
OMNIGLOW CORPORATION., et a,          Defendants. :
-------------------------------------------------------------------- X
```

==================================================================

### CERTIFICATE OF SERVICE AS TO:

### OMNIGLOW LLC
==================================================================

I hereby certify that service was made upon the defendants as follows:

1. On May 26, 2007, I caused a copy of the Summons and Complaints in the above referenced matter to be served on OMNIGLOW LLC at its registered agent for service of process:

   CORPORATION SERVICE COMPANY
   2711 CENTERVILLE ROAD SUITE 400, WILMINGTON, DE 19808

2. Service was made by UPS Delivery Shipment Receipt # MMPPHAJKVF9AD.

3. A second copy of the Summons and Complaint was also mailed (with a Rule 4 notice of Lawsuit and Request for Waiver of Service of Summons and with prepaid return envelop provided) to OMNIGLOW c/o Ira Leemon, 10 Empire Court, Dix Hills, NY 11746 via USPS Certified Mail 7006-2760-0005-0306-2521

4. The foregoing statements are true and accurate.

Dated: May 29, 2007                     /s/ Edward D. Fagan (signed electronically)
       New York, NY                             Edward D. Fagan