UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
IN RE: SKI TRAIN FIRE IN KAPRUN AUSTRIA      :      MDL # 1428 (SAS)
    ON NOVEMBER 11, 2000                                    :
------------------------------------------------------------------- X
**This document relates to the following cases:**

------------------------------------------------------------------- X
**FERK et al,**                              **Plaintiffs,**    :
    - and -                                                :      **Civil Action #**
                                                           :      **07–CV–4104 (SAS)**
**OMNIGLOW CORPORATION., et a,**    **Defendants.**    :
------------------------------------------------------------------ X

===============================================================

### CERTIFICATE OF SERVICE AS TO:

### OMNIGLOW CORPORATION
===============================================================

I hereby certify that service was made upon the defendants as follows:

1. On May 26, 2007, I caused a copy of the Summons and Complaints in the above referenced matter to be served on OMNIGLOW CORPORATION c/o of CYALUME TECHNOLOGIES INC – which holds itself out as the successor to OMNIGLOW CORPORATION - at its registered agent for service of process

   CORPORATION SERVICE COMPANY
   84 STATE STREET, BOSTON, MA 02109

2. Service was made by UPS Delivery Shipment Receipt # MMPPHAJ3RJ3KRX accordance with the procedures explained by the defendants registered agent.

3. A second copy of the Summons and Complaint was also mailed (with a Rule 4 notice of Lawsuit and Request for Waiver of Service of Summons and with prepaid return envelop provided) to Cyalume Technologies Inc., 96 Windsor Street, West Springfield, MA  01089 via USPS Certified Mail 7006-2760-0005-0306-2514.

4. The foregoing statements are true and accurate.

Dated: May 29, 2007                         /s/ Edward D. Fagan (signed electronically)
    New York, NY                                  Edward D. Fagan