**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- X

| | | |
|---|---|---|
| IN RE: SKI TRAIN FIRE IN KAPRUN AUSTRIA | : | MDL # 1428 (SAS) |
| ON NOVEMBER 11, 2000 | : | |

-------------------------------------------------------------- X

**This document relates to the following cases:**

-------------------------------------------------------------- X

BLAIMAUER , et al,                    Plaintiffs,     :
                                                      :
    - and -                                           :          **Civil Action #**
                                                      :          **03–CV–8960 (SAS)**
OMNIGLOW CORPORATION, et al           :
                                      Defendants.     :
-------------------------------------------------------------- X
-------------------------------------------------------------- X
GEIER , et al,                        Plaintiffs,     :
    - and -                                           :          **Civil Action #**
                                                      :          **03–CV–8961 (SAS)**
OMNIGLOW CORPORATION, et al           :
                                      Defendants.     :
-------------------------------------------------------------- X
-------------------------------------------------------------- X
MITSUMOTO, et al,                     Plaintiffs,     :
    - and -                                           :          **Civil Action #**
                                                      :          **06–CV–2811 (SAS)**
REPUBLIC OF AUSTRIA, et al            :
                                      Defendants.     :
-------------------------------------------------------------- X
-------------------------------------------------------------- X
STADMAN, et al,                       Plaintiffs,     :
    - and -                                           :          **Civil Action #**
                                                      :          **07–CV–3881 (SAS)**
AUSTRIAN NATIONAL TOURIST OFFICE, et al :
                                      Defendants.     :
-------------------------------------------------------------- X
-------------------------------------------------------------- X
FERK, et al,                          Plaintiffs,     :
    - and -                                           :          **Civil Action #**
                                                      :          **07–CV–4104 (SAS)**
CYALUME TECHNOLOGIES INC., et al      :
                                      Defendants.     :
-------------------------------------------------------------- X

==================================================================

## NOTICE OF CHANGE OF ADDRESS OF EDWARD D. FAGAN

==================================================================

Effective Tuesday June 19, 2007, the address and contact information for Edward D.

Fagan Esq. is as follows:

Edward D. Fagan Esq.

Regus Worldwide Office Centers

Five Penn Plaza, 23rd Floor

New York, NY  10001

Tel # (646) 378-2225

Fax # (646) 417-5558

Dated:       June 18, 2007                          /s/ electronically signed
             Millburn,  NJ                          Edward D. Fagan