UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
IN RE: SKI TRAIN FIRE IN KAPRUN AUSTRIA        :        MDL # 1428 (SAS)
      ON NOVEMBER 11, 2000                                :
------------------------------------------------------------------------X

**This document relates to the following case:**
------------------------------------------------------------------------X
FERK, et al,                                                              :
                            **Plaintiffs,**     :
    - and -                                                       :        Civil Action #
                                    :        07–CV–4104 (SAS)
OMNIGLOW CORPORATION, et al                     :
                           **Defendants.**     :
------------------------------------------------------------------------X

===========================================================================
**REQUEST FOR CLERK'S ENTRY OF DEFAULT PURSUANT TO FRCP 55
AS AGAINST OMNIGLOW CORPORATION, OMNIGLOW L.P., OMNIGLOW
MANAGEMENT LLC, SCIENS CAPITAL PARTNERS LP, GMS ACQUISITION
PARTNERS LLC, CYALUME TECHNOLOGIES INC. & OMNIGLOW LLC**
===========================================================================

Edward D. Fagan, hereby certifies and says:

1. I am one of the attorneys for Plaintiffs in the above referenced matters.

2. On May 29, 2007 Plaintiffs served the Complaint in the above entitled matters upon named Defendants OMNIGLOW CORPORATION, OMNIGLOW L.P., OMNIGLOW MANAGEMENT LLC, SCIENS CAPITAL PARTNERS LP, GMS ACQUISITION PARTNERS LLC, CYALUME TECHNOLOGIES INC. & OMNIGLOW LLC

3. *Certificates of Service were filed as to service on each Defendant and are noted in the Docket Entries 2 – 8 in Case # 1:07cv4104 (SAS).  See Exhibit 1 attached hereto.*

4. The time within which to answer, plead or otherwise move has expired.

5. No extension of time has been requested, sought or given to Defendants OMNIGLOW CORPORATION, OMNIGLOW L.P., OMNIGLOW MANAGEMENT LLC, SCIENS CAPITAL PARTNERS LP, GMS ACQUISITION PARTNERS LLC, CYALUME

TECHNOLOGIES INC & OMNIGLOW LLC extending the time within which to answer, plead or otherwise move.

6. Named Defendants OMNIGLOW CORPORATION, OMNIGLOW L.P., OMNIGLOW MANAGEMENT LLC, SCIENS CAPITAL PARTNERS LP, GMS ACQUISITION PARTNERS LLC & CYALUME TECHNOLOGIES INC. CYALUME TECHNOLOGIES INC & OMNIGLOW LLC. have never appeared, answered, pleaded or otherwise moved in response to Plaintiffs Complaint.

7. I therefore respectfully request that in accordance with FRCP Rule 55, the Clerk should immediately enter a default against OMNIGLOW CORPORATION, OMNIGLOW L.P., OMNIGLOW MANAGEMENT LLC, SCIENS CAPITAL PARTNERS LP, GMS ACQUISITION PARTNERS LLC, CYALUME TECHNOLOGIES INC & OMNIGLOW LLC.

8. The foregoing statements are based upon my personal knowledge and/or the results of my personal investigations and are true to the best of my knowledge information and belief.

Dated:   27 June 2007              /s/ Edward D. Fagan electronically signed
         New York, NY                  Edward D. Fagan
                                       Law Offices
                                       New Office, Telephone # & Fax #
                                       5 Penn Plaza, 23rd Floor
                                       New York, NY  10001
                                       Tel (646) 378-2225
                                       Fax (646) 417-5558
                                       Email: faganlawintl@aim.com

-----------------------
*In Re:Ski Train Fire*, MDL # 1428 (SAS) and *Ferk v. Omniglow Corporation 07-CV-4104 (SAS)*
Request for Entry of Clerk's Default – Page 2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' Request for Entry of Clerk's Default Pursuant to FRCP 55 against OMNIGLOW CORPORATION, OMNIGLOW L.P., OMNIGLOW MANAGEMENT LLC, SCIENS CAPITAL PARTNERS LP, GMS ACQUISITION PARTNERS LLC, CYALUME TECHNOLOGIES INC & OMNIGLOW LLC. Has been filed and served electronically in accordance with Local Rule 5.2.

Additional courtesy copies have been provided electronically to counsel of record in cases consolidated or accepted as related in case # 1:01md1428 (SAS).

Dated:   27 June 2007         */s/ Edward D. Fagan electronically signed*
         New York, NY                  Edward D. Fagan

------------------------
*In Re:Ski Train Fire, MDL # 1428 (SAS)* and *Ferk v. Omniglow Corporation 07-CV-4104 (SAS)*
Request for Entry of Clerk's Default – Page 3