# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-04104-SAS

| | |
|---|---|
| Ferk et al v. Omniglow Corporation et al<br>Assigned to: Judge Shira A. Scheindlin<br>Related Case: 1:03-cv-08960-SAS<br>Cause: 28:1332 Diversity-Fraud | Date Filed: 05/25/2007<br>Jury Demand: Plaintiff<br>Nature of Suit: 370 Fraud or Truth-In-Lending<br>Jurisdiction: Diversity |

**Plaintiff**

**Rastko Ferk**
*father of Rastko Ferk Jr. (killed in Nov. 11, 2000 Kaprun Fire)*

represented by **Edward Davis Fagan**
Edward D. Fagan, Esq.
c/o 1414 Avenue of Americas
# 406
New York, NY 10017
(212) 293-1900
Fax: (973) 998-9276
Email: faganlawintl@aim.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dragica Ferk**
*mother of Rastko Ferk Jr. (killed in Nov. 11, 2000 Kaprun Fire)*

represented by **Edward Davis Fagan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brigitte Decker**
*mother of Jakob Decker (killed in Nov. 11, 2000 Kaprun Fire)*

represented by **Edward Davis Fagan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Decker**
*father of Jakob Decker (killed in Nov. 11, 2000 Kaprun Fire)*

represented by **Edward Davis Fagan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jutta Decker**
*sister of Jakob Decker (killed in Nov.*

represented by **Edward Davis Fagan**
(See above for address)

*11, 2000 Kaprun Fire)* | *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

#### Plaintiff

**Anneliese Ferstl** represented by **Edward Davis Fagan**
*wife of Franz Ferstl (killed in Nov.* (See above for address)
*11, 2000 Kaprun Fire)* *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

#### Plaintiff

**Franz Ferstl, Jr.** represented by **Edward Davis Fagan**
*son of Franz Ferstl (killed in Nov. 11,* (See above for address)
*2000 Kaprun Fire)* *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

#### Plaintiff

**Geier, Hermann** represented by **Edward Davis Fagan**
*Survivor of Nov. 11, 2000 Kaprun* Edward D. Fagan Esq.
*Fire* c/o 1414 Avenue of Americas
\# 406
New York, NY 10017
(212) 837-7836
Fax: (973) 998-9276
Email: faganlawintl@aim.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

#### Plaintiff

**Birgit Gotz** represented by **Edward Davis Fagan**
*survivor of the Nov. 11, 2000 Kuprun* (See above for address)
*Fire* *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

#### Plaintiff

**Barbara Mayerhofer** represented by **Edward Davis Fagan**
*wife of Karl Mayerhofer and mother* (See above for address)
*of barbara Mayerhofer (killed in Nov.* *LEAD ATTORNEY*
*11, 2000 Kaprun Fire)* *ATTORNEY TO BE NOTICED*

#### Plaintiff

**J. M.** represented by **Edward Davis Fagan**
*(a minor), son of Karl Mayerhofer* (See above for address)
*and brother of Barbara Mayerhofer* *LEAD ATTORNEY*
*(killed in Nov. 11, 2000 Kaprun Fire)* *ATTORNEY TO BE NOTICED*

#### Plaintiff

**Roland Mayerhofer**
*survivor of Nov. 11, 2000 Kaprun Fire*

represented by **Edward Davis Fagan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nanae Mitsumoto**
*mother of Sadri Mitsumoto (killed in Nov. 11, 2000 Kaprun Fire)*

represented by **Edward Davis Fagan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kosuke Mitsumoto**
*sister of Sadri Mitsumoto (killed in Nov. 11, 2000 Kaprun Fire)*

represented by **Edward Davis Fagan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Masatoshi Mitsumoto**
*father of Sadri Mitsumoto (killed in Nov. 11, 2000 Kaprun Fire)*

represented by **Edward Davis Fagan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martin Niederberger**
*mother of Martin Niederberger (killed in Nov. 11, 2000 Kaprun Fire)*

represented by **Edward Davis Fagan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Renate Niederberger**
*father of Martin Niederberger (killed in Nov. 11, 2000 Kaprun Fire)*

represented by **Edward Davis Fagan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sidonija Scharwitzl**
*mother of Dietmar Scharwitzl (killed in Nov. 11, 2000 Kaprun Fire)*

represented by **Edward Davis Fagan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Georg Schwarz**
*survivor of the Nov. 11, 2000 Kaprun Fire*

represented by **Edward Davis Fagan**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Joop H. Stadman** *father of Barry Stardam (killed in Nov. 11, 2000 Kaprun Fire)* | represented by | **Edward Davis Fagan** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**Omniglow Corporation**

**Defendant**

**Omniglow L.P.**

**Defendant**

**Omniglow Management LLC**

**Defendant**

**Sciens Capital Partners L.P.**

**Defendant**

**GMS Acquisition Partners LLC**

**Defendant**

**Cyalume Technologies Inc.**

**Defendant**

**Omniglow LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/25/2007 | 1 | COMPLAINT against Omniglow Corporation, Omniglow L.P., Omniglow Management LLC, Sciens Capital Partners L.P., GMS Acquisition Partners LLC, Cyalume Technologies Inc., Omniglow LLC. (Filing Fee $ 350.00, Receipt Number 616601)Document filed by Jutta Decker, Anneliese Ferstl, Franz Ferstl, Jr, Geier, Hermann, Birgit Gotz, Barbara Mayerhofer, J. M., Roland Mayerhofer, Nanae Mitsumoto, Kosuke Mitsumoto, Masatoshi Mitsumoto, Rastko Ferk, Martin Niederberger, Renate Niederberger, Sidonija Scharwitzl, Georg Schwarz, Joop H. Stadman, Dragica Ferk, Brigitte Decker, Peter Decker.(mbe) (Entered: 05/29/2007) |

| | | |
|---|---|---|
| 05/25/2007 | | SUMMONS ISSUED as to Omniglow Corporation, Omniglow L.P., Omniglow Management LLC, Sciens Capital Partners L.P., GMS Acquisition Partners LLC, Cyalume Technologies Inc., Omniglow LLC. (mbe) (Entered: 05/29/2007) |
| 05/25/2007 | | CASE REFERRED TO Judge Shira A. Scheindlin as possibly related to 03-cv-8960 and 03-cv-8961. (mbe) (Entered: 05/29/2007) |
| 05/29/2007 | 2 | CERTIFICATE OF SERVICE. Cyalume Technologies Inc. served on 5/29/2007, answer due 6/18/2007. Service was made by UPS Certified Delivery. Document filed by Rastko Ferk. (Fagan, Edward) (Entered: 05/29/2007) |
| 05/29/2007 | 3 | CERTIFICATE OF SERVICE. GMS Acquisition Partners LLC served on 5/29/2007, answer due 6/18/2007. Service was made by UPS Certified Delivery. Document filed by Rastko Ferk. (Fagan, Edward) (Entered: 05/29/2007) |
| 05/29/2007 | 4 | CERTIFICATE OF SERVICE. Omniglow L.P. served on 5/29/2007, answer due 6/18/2007. Service was made by UPS Certified Delivery. Document filed by Rastko Ferk. (Fagan, Edward) (Entered: 05/29/2007) |
| 05/29/2007 | 5 | CERTIFICATE OF SERVICE. Omniglow Management LLC served on 5/29/2007, answer due 6/18/2007. Service was made by UPS Certified Delivery. Document filed by Rastko Ferk. (Fagan, Edward) (Entered: 05/29/2007) |
| 05/29/2007 | 6 | CERTIFICATE OF SERVICE. Sciens Capital Partners L.P. served on 5/29/2007, answer due 6/18/2007. Service was made by UPS Certified Delivery. Document filed by Rastko Ferk. (Fagan, Edward) (Entered: 05/29/2007) |
| 05/29/2007 | 7 | CERTIFICATE OF SERVICE. Omniglow LLC served on 5/29/2007, answer due 6/18/2007. Service was made by UPS Certified Delivery. Document filed by Rastko Ferk. (Fagan, Edward) (Entered: 05/29/2007) |
| 05/29/2007 | 8 | CERTIFICATE OF SERVICE. Omniglow Corporation served on 5/29/2007, answer due 6/18/2007. Service was made by UPS Certified Delivery. Document filed by Rastko Ferk. (Fagan, Edward) (Entered: 05/29/2007) |
| 06/05/2007 | 9 | NOTICE OF CASE ASSIGNMENT to Judge Shira A. Scheindlin. Judge Unassigned is no longer assigned to the case. (kco) (Entered: 06/11/2007) |
| 06/11/2007 | | CASE ACCEPTED AS RELATED. Create association to 1:03-cv-08960-SAS. Notice of Assignment to follow. (kco) (Entered: |

|            |    | 06/11/2007)                                                                                                                                                                                                                 |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 06/11/2007 |    | Magistrate Judge Theodore H. Katz is so designated. (kco) (Entered: 06/11/2007)                                                                                                                                             |
| 06/18/2007 | [10](#) | NOTICE OF CHANGE OF ADDRESS by Edward Davis Fagan on behalf of all plaintiffs. New Address: Edward D. Fagan, Five Penn Plaza, 23rd Floor, New York, NY, USA 10001, (646) 378-2225. (Fagan, Edward) (Entered: 06/18/2007) |