UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
IN RE: SKI TRAIN FIRE IN KAPRUN AUSTRIA  : MDL # 1428 (SAS)
ON NOVEMBER 11, 2000                     :
----------------------------------------------------------------- X
This document relates to the following cases:
----------------------------------------------------------------- X
BLAIMAUER, et al,              Plaintiffs,  :
                                            :
     - and -                                :   Civil Action #
                                            :   03–CV–8960 (SAS)
OMNIGLOW CORPORATION, et al    Defendants.  :
----------------------------------------------------------------- X
----------------------------------------------------------------- X
GEIER, et al,                  Plaintiffs,  :
     - and -                                :   Civil Action #
                                            :   03–CV–8961 (SAS)
OMNIGLOW CORPORATION, et al    Defendants.  :
----------------------------------------------------------------- X
----------------------------------------------------------------- X
MITSUMOTO, et al,              Plaintiffs,  :
     - and -                                :   Civil Action #
                                            :   06–CV–2811 (SAS)
REPUBLIC OF AUSTRIA, et al     Defendants.  :
----------------------------------------------------------------- X
----------------------------------------------------------------- X
MITSUMOTO, et al,              Plaintiffs,  :
     - and -                                :   Civil Action #
                                            :   07-CV-935 (SAS)
ROBERT BOSCH CORP., et al      Defendants.  :
----------------------------------------------------------------- X
----------------------------------------------------------------- X
STADMAN, et al,                Plaintiffs,  :
     - and -                                :   Civil Action #
                                            :   07-CV-3881 (SAS)
AUSTRIAN NATIONAL TOURIST OFFICE, et al,    :
                               Defendants.  :
----------------------------------------------------------------- X
----------------------------------------------------------------- X
FERK, et al,                   Plaintiffs,  :
     - and -                                :   Civil Action #
                                            :   07-CV-4104 (SAS)
OMNIGLOW CORPORATION, et al,                :
                               Defendants.  :
----------------------------------------------------------------- X

==============================================================
**NOTICE OF MOTION**
==============================================================

1

**PLEASE TAKE NOTICE** that the above referenced Plaintiffs will move this Honorable Court, on a date as set by the Court, as soon as counsel can be heard, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, Courtroom 15 C, before the Honorable Shira A. Scheindlin to amend the previously filed Motions for Extension of Time to File Motion for Reconsideration pursuant to Local Rule 6.3 and FRCP 60 (b) (which were orally granted on July 11, 2007) to also include *(nunc pro tunc)* Relief pursuant under FRCP Rule 59 (e).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiffs will rely upon the Declaration and Statement of Authorities submitted by of Edward D. Fagan together with the Exhibits thereto.

Dated:  August 22, 2007          /s/ Edward D. Fagan (electronically signed)
         New York, NY                         Edward D. Fagan, Esq.
                                           5 Penn Plaza, 23rd Floor
                                           New York, NY 10001
                                           Tel. (646) 378-2225
                                           Fax (646) 417-5558
                                           Plaintiffs' Counsel

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused the within Motion to be electronically filed with the Clerk of the Court and a hard copy is also being served upon all counsel of record.

A courtesy copy of the papers is being forwarded to the Honorable Shira A. Scheindlin.

Additional courtesy copies are being electronically, faxed and/or served and to counsel of record.

Dated:  August 22, 2007                   /s/ Edward D. Fagan (electronically signed)
        New York, NY                           Edward D. Fagan, Esq.