UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

| | | |
|---|---|---|
| IN RE: SKI TRAIN FIRE IN KAPRUN AUSTRIA ON NOVEMBER 11, 2000 | : | MDL # 1428 (SAS) |

------------------------------------------------------------- X

This document relates to the following cases:

------------------------------------------------------------- X

| | | | |
|---|---|---|---|
| BLAIMAUER, et al, | Plaintiffs, | : | |
| - and - | | : | Civil Action # 03–CV–8960 (SAS) |
| OMNIGLOW CORPORATION, et al | Defendants. | : | |

------------------------------------------------------------- X
------------------------------------------------------------- X

| | | | |
|---|---|---|---|
| GEIER, et al, | Plaintiffs, | : | |
| - and - | | : | Civil Action # 03–CV–8961 (SAS) |
| OMNIGLOW CORPORATION, et al | Defendants. | : | |

------------------------------------------------------------- X
------------------------------------------------------------- X

| | | | |
|---|---|---|---|
| MITSUMOTO, et al, | Plaintiffs, | : | |
| - and - | | : | Civil Action # 06–CV–2811 (SAS) |
| REPUBLIC OF AUSTRIA, et al | Defendants. | : | |

------------------------------------------------------------- X
------------------------------------------------------------- X

| | | | |
|---|---|---|---|
| MITSUMOTO, et al, | Plaintiffs, | : | |
| - and - | | : | Civil Action # 07-CV-935 (SAS) |
| ROBERT BOSCH CORP., et al | Defendants. | : | |

------------------------------------------------------------- X
------------------------------------------------------------- X

| | | | |
|---|---|---|---|
| STADMAN, et al, | Plaintiffs, | : | |
| - and - | | : | Civil Action # 07-CV-3881 (SAS) |
| AUSTRIAN NATIONAL TOURIST OFFICE, et al, | Defendants. | : | |

------------------------------------------------------------- X
------------------------------------------------------------- X

| | | | |
|---|---|---|---|
| FERK, et al, | Plaintiffs, | : | |
| - and - | | : | Civil Action # 07-CV-4104 (SAS) |
| OMNIGLOW CORPORATION, et al, | Defendants. | : | |

------------------------------------------------------------- X

================================================================

**NOTICE OF APPEAL**

================================================================

Notice is hereby given that all plaintiffs in the above referenced cases hereby appeal to the United States Court of Appeals for the 2nd Circuit from the following Orders of the Honorable Shira A. Scheindlin USDJ:

- June 19, 2007 Opinion and Order by Hon. Shira A. Scheindlin USDJ (entered on June 20, 2007) [1] - Doc. # 297 – entered in Case # 01-md-1428 and all related cases - Granting Motion to Dismiss on alleged grounds of *forum non conveniens* (See Exhibit 1); and

- July 9, 2007 Judgment resulting from June 19, 2007 Opinion and Order by Hon. Shira A. Scheindlin USDJ (entered as Doc. # 307 – entered in Case # 01-md-1428) (See Exhibit 2).

Dated: September 13, 2007

_____
Edward D. Fagan Esq.
5 Penn Plaza, 23rd Floor
New York, NY  10001
Tel (646) 378-2225
Fax (646) 417-5558
Email: ed-fagan@global-litigation-partners.com
Attorney for Appellants

---

[1] The June 19, 2007 Opinion and Order and resulting judgment are the subject of post judgment Motions for Reconsideration and other relief that were timely filed and which pursuant to FRAP Rule 4(a)(4) (A) (iv), (v) and (vi) stayed the time for filing this appeal. Given the District Court's subsequent Order denying Appellants' Motion for Stay, Motion for Recusal, Motions to Expand the Record and for other relief, the issues in these Motions and the District Court's actions, should be considered by this Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused the within Notice of Appeal to be electronically filed with the Clerk of the Court and a hard copy is also being served upon all counsel of record.

A courtesy copy of the papers is being forwarded to the Honorable Shira A. Scheindlin.

Additional courtesy copies are being electronically, faxed and/or served and to counsel of record.

Dated: September 13, 2007         /s/ Edward D. Fagan (electronically signed)
New York, NY                              Edward D. Fagan, Esq.