UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
FERK, et al,                                    :
                                Plaintiffs,     :
      - and -                                   :   Civil Action #
                                                :   07-CV-4104 (SAS)
OMNIGLOW CORPORATION, et al,                    :
                                Defendants.     :
------------------------------------------------------------------- X

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41 (a)

Plaintiffs Rastko and Dragica Ferk, Brigitte and Peter Decker, Anneliese Ferstl and Franz Ferstl Jr., Hermann Geier, Birgit Götz, Barbara Mayerhofer, J.M. (a minor), Roland Mayerhofer, Nanae Kosuke and Masatoshi Mitsumoto, Martin and Renate Niederberger, Sidonija Scharwitzl, Georg Schwarz and Joop H. Stadman represented by one or more of the undersigned hereby voluntarily dismiss the complaint against Defendant Omniglow LLC.

Dated: 18 Dec. 2007
       New York, NY

_____
Edward D. Fagan Esq.
Five Penn Plaza, 23rd Floor, New York, NY 10001
Tel # (646) 378-2225 / Fax # (646) 304-6446
Email: ed.fagan@global-litigation-group.com
Counsel and/or Holder of Powers of Attorney for
Foreign Kaprun Victims and Survivors
-----------------------

Dated: 18 Dec. 2007

For Japanese Victim Families

_____
Dr. Ivo Greiter - Greiter, Pegger, Kofler & Partner
Maria-Theresien-Straße 24, 6020 Innsbruck, AUSTRIA
Tel. 011-43-512-57-18-11
Email address: info@greiter.lawfirm.at
- and -

_____
Dr. Toichiro Kigawa - Ochanomizu Law and Patent Office
Ochanomizu Church Bldg. 4F, 2-5 Kandasurugadai,
Chiyoda-ku, Tokyo, 101-0062, JAPAN
Tel. 011-81-3-329-16-651 - Email: office@kigawa.org

1

Dated: 18 Dec. 2007

_For Slovenian & Certain Austrian Victim Families_

Dr. Herwig Hasslacher
Hauptplatz 25, 9500 Villach, AUSTRIA
Tel: 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-21-93-99
Email address: kanzlei@hh-law.at

------------------------

Dated: 18 Dec. 2007

_For Dutch Victim Families, for Survivors and_
_for Certain German & Austrian Victim Families_

Dr. Gerhard Podovsovnik
Am Heumarkt 3/16, 1030 Wien, AUSTRIA
Tel: 011-43-1-718-04-20
Email Address: rechtsanwalt@podovsovnik.com

------------------------

Dated: 18 Dec. 2007

_For Certain Austrian Survivor_

Dr. Alexander Schuberth
Salzachtal Bundesstraße 13
5700 Zell/See, Zell am See / Salzburg, AUSTRIA
Tel 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-56555
Email Address: a.schuberth@ra-zell.at

------------------------

Dated: 18 Dec, 2007

_For Certain Austrian Victim Families_

Dr. Ulrich Schwab
Ringstraße 3, 4600 Wels, AUSTRIA
Tel. 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-46297
Email Address: u_g.schwab@aon.com

2

Dated: 18 Dec. 2007      *For Slovenian & Certain Austrian Victim Families*

Dr. Herwig Hasslacher
Hauptplatz 25, 9500 Villach, AUSTRIA
Tel: 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-21-93-99
Email address: kanzlei@hh-law.at

Dated: 18 Dec. 2007      *For Dutch Victim Families, for Survivors and for Certain German & Austrian Victim Families*

Dr. Gerhard Podovsovnik
Am Heumarkt 3/16, 1030 Wien, AUSTRIA
Tel: 011-43-1-718-04-20
Email Address: rechtsanwalt@podovsovnik.com

Dated: 18 Dec. 2007      *For Certain Austrian Survivor*

Dr. Alexander Schuberth
Salzachtal Bundesstraße 13
5700 Zell/See, Zell am See / Salzburg, AUSTRIA
Tel 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-56555
Email Address: a.schuberth@ra-zell.at

Dated: 18 Dec, 2007      *For Certain Austrian Victim Families*

Dr. Ulrich Schwab
Ringstraße 3, 4600 Wels, AUSTRIA
Tel. 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-46297
Email Address: ulrich@dr-schwab.at

2

Dated: 18 Dec. 2007

*For Slovenian & Certain Austrian Victim Families*

_____
Dr. Herwig Hasslacher
Hauptplatz 25, 9500 Villach, AUSTRIA
Tel: 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-21-93-99
Email address: kanzlei@hh-law.at

Dated: 18 Dec. 2007

*For Dutch Victim Families, for Survivors and*
*for Certain German & Austrian Victim Families*

*Dr. Gerhard Podovsovnik (PD)*
_____
Dr. Gerhard Podovsovnik
Am Heumarkt 3/16, 1030 Wien, AUSTRIA
Tel: 011-43-1-718-04-20
Email Address: rechtsanwalt@podovsovnik.com

Dated: 18 Dec. 2007

*For Certain Austrian Survivor*

*Dr. Alexander Schuberth (CaS)*
_____
Dr. Alexander Schuberth
Salzachtal Bundesstraße 13
5700 Zell/See, Zell am See / Salzburg, AUSTRIA
Tel 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-56555
Email Address: a.schuberth@ra-zell.at

Dated: 18 Dec, 2007

*For Certain Austrian Victim Families*

_____
Dr. Ulrich Schwab
Ringstraße 3, 4600 Wels, AUSTRIA
Tel. 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-46297
Email Address: u_g.schwab@aon.com

2

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused the foregoing

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41 (a)**

to be electronically filed with the Clerk of the Court and served upon counsel of record.

A courtesy copy of the papers has been forwarded to the Honorable Shira A. Scheindlin.

Dated: 18 December 2007                  /s/ Edward D. Fagan (electronically signed)
New York, NY                                         Edward D. Fagan, Esq.