# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## 07-4121-cv and 07-5317-cv

## In Re: Ski Train Fire in Kaprun Austria on November 10, 2000

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRAP 42 (b)

Plaintiffs/Appellants and Defendant/Appellee Omniglow LLC agree that the appeals as against Omniglow LLC are dismissed with each party to bear their costs.

Dated: 28 Dec. 2007
New York, NY

Edward D. Fagan Esq.
Five Penn Plaza, 23rd Floor, New York, NY 10001
Tel # (646) 378-2225 / Fax # (646) 304-6446
Email: ed.fagan@global-litigation-group.com
Appellants' Counsel

Dated: 28 Dec. 2007

Stanley M. Holland, Sec/Treas.
Print Name/Title:
For: Defendant/Appellee Omniglow LLC

1