# EXHIBIT   1

http://pacer.ca2.uscourts.gov/cgi-bin/dktrpt.pl?CASENUM=08-0327&puid=01201179334

| Home | PACER | Opinions |

# General Docket
# US Court of Appeals for the Second Circuit

**Second Circuit Court of Appeals**

| | |
|---|---|
| | INDIV |
| | OPEN |

**Court of Appeals Docket #:** 08-0327-op    Filed 1/17/08

**Nsuit :**

**In Re:** Kaprun Foreign Victims and Survivors, Heirs and Family Representative v.

**Appeal from:** SDNY (NEW YORK CITY)

**Case type information:**

Original Proceeding

Extraordinary

None

**Lower court information:**

**District:** 01-md-1428

**Trial Judge:** Shira A. Scheindlin

**MagJudge:** Theodore H. Katz

**Date Filed:**

**Date order/judgement:**

**Date NOA filed:**

Help

Fee status: Paid

Panel Assignment:

Panel:

Date of decision:

Prior cases: NONE

Current cases NONE

Official Caption 1/
☐

---

In Re: Kaprun Foreign Victims and Survivors
Heirs and Family Representatives,

Petitioners.

---

Docket No. [s] : 08-0327 -op
Rudolf Kern, Individually and on behalf of the Estate
of Erich Kern, Angela Kern, Individually and on behalf
of the Estate of Erich Kern, John S. Habblett LTC, LTC
, individually on behalf of te Estates of Jennifer
Kirkpatrick Habblett Goodridge, Michael Jonclair
Goodridge and Kyle William Goodridge, Suzanne K.
Habblett, Individually on behalf of te Estates of
Jenifer Kirkpatrick Habblett Goodridge, Michael
Jonclair Goodridge and Kyle William Goodridge, Dick
Baker, Individually and on behalf of the Estate of
Carrie Lynn Baker, Carol Baker, Individually and on
behalf of the Estate of Carrie Lynn Baker, Claire
Goodridge, individually as surviving father and as
personal representative of the estate of Maj. Michael
Chair Goodridge, deceased, and individually as surviving,
Karen Filkil, Masatoshi Mitsumoto,

Petitioners,

INDIV

OPEN

v.

Leitner Lifts USA Inc., Osterreichische
Elektrizitatswirtschafts AG, Siemens AG, doing business
as Siemens Corporation, Siemens AG Oesterreich,
Heitkamp, Inc., Bosch Rexroth AG, Bosch Rexroth
Corporation, Siemens Corporation, Wika Alexander
Wiegland GMBH & Co. KG, Robert Bosch Corporation,
Hydac Technology Corp., Siemens Transportation Systems,
Inc., Wika Instrument Corporation, Gletscherbahnen
Kaprun Aktiengesellschaft,

Respondents,

Leitner S.p.A., Waagner Biro AG, Swoboda Karoserie AG,
Bauberdarfszentrum Stadlbauer AG, ABC Corporations
1-10, John Does 1 through 10, Swoboda Karosserie-Und
Stahlbau GmbH, Verbund-Austrian Hydro Power AG,
sucessor in interest to Tauernkraftewerke AG, Tauren
Touristik GmbH, Thyssenkrupp AG, Intersport Austria
GmbH, Intersport International Corporation, Intersport
Marketing USA,

Defendants.

-------------------------------------

Authorized Abbreviated Caption 2/
-------------------------------------
Docket No. [s] : 08-0327 -Op
-------------------------------------
In Re: Ski Train Fire  v.
-------------------------------------

-------------------------------------

Docket as of  January 22, 2008  9:58 pm        Page   2        INDIV

□

OPEN

Docket as of    January 22, 2008    9:58 pm                    Page    3

1/ Fed. R. App. P. Rule 12 [a] and 32 [a].
2/ For use on correspondence and motions only.

☐                                                                  INDIV

ABC Corporations 1-10                                              OPEN
  Defendant

Bauberdarfszentrum Stadlbauer
AG
  Defendant

Intersport Austria GmbH
  Defendant

Intersport International
Corporation
  Defendant

Intersport Marketing USA
  Defendant

John Does 1 through 10
  Defendant

Docket as of    January 22, 2008    9:58 pm                    Page    4

☐                                                                  INDIV

Leitner S.p.A.                                                     OPEN
  Defendant

Swoboda Karoserie AG

Defendant

Swoboda Karosserie-Und
Stahlbau GmbH
Defendant

Tauren Touristik Gmbh

Defendant

Thyssenkrupp AG

Defendant

Verbund-Austrian Hydro Power
AG
Defendant

Wagner Biro AG
Defendant

☐

Docket as of    January 22, 2008    9:58 pm    Page    5

                                                    INDIV

                                          OPEN

Defendant

Bosch Rexroth Corporation                 Arnd N. Waldow Esq.
Respondent                                [ LD ret ]
                                          Reed Smith
                                          435 Sixth Avenue
                                          Pittsburg , PA , 15219
                                          412.288.7242

Robert Bosch Corporation                  Arnd N. Waldow Esq.(See above)
Respondent                                [ LD ret ]

Bosch Rexroth AG

Respondent

Arthur J. Liederman Esq.

[ LD n ]
Morrison, Mahoney & Miller

17 State St.,
New York , NY , 10004

212-825-1212

Siemens AG

Respondent

Brant W. Bishop Esq.

[ LD ret ]
Kirkland & Ellis LLP

655 15th St., N.W.
Washington , DC , 20005

Docket as of    January 22, 2008    9:58 pm          Page    6

☐                                                   INDIV

                                                    OPEN

Siemens AG Oesterreich          202-879-5000

Respondent                      Brant W. Bishop Esq.(See above)

Siemens Corporation             [ LD ret ]

Respondent                      Brant W. Bishop Esq.(See above)

Siemens Transportation          [ LD ret ]
Systems, Inc.
Respondent                      Brant W. Bishop Esq.(See above)

Angela  Kern                    [ LD ret ]

Petitioner                      Edward Davis Fagan Esq.

                                [ LD ret ]
                                Fagan & Associates

                                5 Penn Plaza
                                New York , NY , 10001

646-378-2225

Carol Baker
Petitioner

Edward Davis Fagan Esq.(See above)
[ LD ret ]

Dick Baker
Petitioner

Edward Davis Fagan Esq.(See above)
[ LD ret ]

John S. Habblett
Petitioner

Edward Davis Fagan Esq.(See above)
[ LD ret ]

Karen Filkil
Petitioner

Edward Davis Fagan Esq.(See above)
[ LD ret ]

Masatoshi Mitsumoto
Petitioner

Edward Davis Fagan Esq.(See above)
[ LD ret ]

Rudolf Kern
Petitioner

Edward Davis Fagan Esq.(See above)
[ LD ret ]

Suzanne K. Habblett
Petitioner

Edward Davis Fagan Esq.(See above)
[ LD ret ]

Wika Alexander Wiegland GMBH
& Co. KG

Eileen T. McCabe Esq.

☐                                           OPEN

Docket as of    January 22, 2008    9:58 pm      Page    7        INDIV

☐                                           OPEN

Docket as of    January 22, 2008    9:58 pm      Page    8        INDIV

Respondent

[ LD ret ]
Mendes & Mount

750 7th Ave.
New York , NY , 10019

212-261-8283

Wika Instrument Corporation    Eileen T. McCabe Esq.(See above)

Respondent    [ LD ret ]

Heitkamp, Inc.    Herbert  Rubin Esq.

Respondent    [ LD ret ]
Herzfeld & Rubin

40 Wall St.
New York , NY , 10005

212-471-8500

Claire  Goodridge    Kenneth P. Nolan Esq.

Petitioner    [ LD ret ]
Speiser Krause Nolan & Granito

140 E. 45th St. 2 Grand Central
New York , NY , 10017

212-661-0011

Leitner Lifts USA Inc.    Kim M. Catullo Esq.

Respondent    [ LD ret ]
Gibbons Del Deo, Dolan,
Griffinger & Vecchione

Docket as of   January 22, 2008   9:58 pm    Page   9

☐    INDIV

OPEN

1 Penn Plaza

New York , NY , 10119

Hydac Technology Corp.
Respondent

212-649-4700

Nancy Ledy-Gurren Esq.

[ LD ret ]
Ledy-Gurren & Blumenstock

475 Park Ave. S.
New York , NY , 10016

212-447-1111

Osterreichische
Elektrizitatswirtschafts AG
Respondent

Osterreichische
Elektrizitatswirtschafts AG
n/a
Gibbons Del Deo, Dolan,
Griffinger & Vecchione
1 Penn Plaza
New York , NY , 10119

Robert A. Weiner Esq.

Gletscherbahnen Kaprun
Aktiengesellschaft
Respondent

[ LD ret ]
McDermott Will & Emery LLP

340 Madison Avenue
New York , NY , 10017

212.547.5400

Docket as of    January 22, 2008    9:58 pm                    Page  10

☐                                                              INDIV

                                                               OPEN

1/17/08    Case Docketed: Petition for Writ of Mandamus
           on behalf of PETITIONER    Angela Kern,
           Carol Baker,  Dick Baker,    John Habblett,
           Et Al , filed, with proof of service.
           [Entry date Jan 18 2008  ] [MR]

1/18/08    Note PRIOR case number(s): 07-0959-cv.

http://pacer.ca2.uscourts.gov/cgi-bin/dktrpt.pl/?CASENUM=08-0327&puid=01201179334

[Entry date Jan 18 2008 ] [MR]

1/18/08   Note RELATED case number(s):07-4121-cv,
07-5317-cv.   [Entry date Jan 18 2008 ]
[MR]

1/18/08   Copy of receipt re: payment of docketing fee
filed on behalf of PETITIONER   Angela Kern,
Carol Baker,   Dick Baker,   John Hablett,
ET AL.   RECEIPT #2 191502.   [Entry date
Jan 18 2008 ] [MR]

Docket as of   January 22, 2008   9:58 pm          Page  11

## PACER Service Center

### Transaction Receipt

01/24/2008 07:51:22

| PACER Login: | ef0762 | Client Code: | |
| Description: | dkt report | Case Number: | 08-0327 |
| Billable Pages: | 10 | Cost: | 0.80 |

# EXHIBIT   2

**From:** NYSD_ECF_Pool@nysd.uscourts.gov
**To:** deadmail@nysd.uscourts.gov
**Subject:** Activity in Case 1:07-cv-10293-SAS Edward D. Fagan, Esq. v. James F. Lowy, Esq. et al Order
**Date:** Wed, 2 Jan 2008 1:56 pm

---

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### United States District Court for the Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 1/2/2008 at 1:54 PM EST and filed on 12/28/2007
**Case Name:**       Edward D. Fagan, Esq. v. James F. Lowy, Esq. et al
**Case Number:**     1:07-cv-10293
**Filer:**
**Document Number:** 7(No document attached)

**Docket Text:**
**ORDER that I hereby recuse myself sua sponte with respect to any future proceedings in this action pursuant to 28 USC 455(a). A stay of all proceedings is ordered pending reassignment of this matter. The Clerk of the Court is directed to reassign this action, and to refer all further proceedings to the Judge to whom this action shall be reassigned. (Signed by Judge Shira A. Scheindlin on 12/26/07) (dle)**


**1:07-cv-10293 Notice has been electronically mailed to:**

Edward Davis Fagan    faganlawintl@aim.com

Michael Richard Perle    m.perle@earthlink.net

Robert J Hantman    hantmanrj@aol.com

**1:07-cv-10293 Notice has been delivered by other means to:**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

EDWARD D. FAGAN, DR. BERND                :
GEIER, and DR. GERHARD                    :
PODOVSOVNIK,                              :
              Plaintiffs,       :
                       :    **ORDER**
     - against -                        :
                       :    07 Civ. 10293

JAMES F. LOWY, INTERNATIONAL            :
LAW GROUP, LLC, ROBERT J.                 :
HANTMAN, and HANTMAN &                    :
ASSOCIATES,                               :
              Defendants.      :
------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

By Opinion and Order dated August 16, 2007, this Court disqualified

Edward D. Fagan from further participation on behalf of plaintiffs in a number of

actions related to the above-captioned case. In so holding, I found that Mr. Fagan

had "engaged in a pattern of unethical behavior" that warranted his

disqualification as well as the imposition of sanctions.[1] In light of my holding

regarding Mr. Fagan's misconduct and without having reviewed any submissions

filed by any party in the above-captioned action, I hereby recuse myself sua sponte

with respect to any future proceedings in this action pursuant to 28 U.S.C. §

---

    [1]   *See In re Ski Train Fire in Kaprun Austria on November 11, 2000,*
Nos. 01 MDL 1428, 03 Civ. 8960, 03 Civ. 8961, 06 Civ. 2811, 07 Civ. 935, 07
Civ. 3881, 07 Civ. 4104, 2007 WL 2398697, at *3 (S.D.N.Y. Aug. 16, 2007).

455(a).  A stay of all proceedings is ordered pending reassignment of this matter.

The Clerk of the Court is directed to reassign this action, and to refer all further

proceedings to the Judge to whom this action shall be reassigned.


SO ORDERED:

Shira A. Scheindlin
U.S.D.J.


Dated:  New York, New York
           December 26, 2007

- Appearances -

**For Plaintiffs:**

Edward D. Fagan, Esq.
Five Penn Plaza, 23rd Floor
New York, NY 10001
(646) 378-2225


**For Defendants James F. Lowy and International Law Group, LLC:**

Michael Richard Perle, Esq.
Michael R. Perle, P.C.
1265 Paterson Plank Road
Secaucus, NJ 07094
(212) 864-0423
Fax: (201) 617-5500

**For Defendants Robert J. Hantman and Hantman & Associates:**

Robert J. Hantman, Esq.
Hantman & Associates
1414 Avenue of the Americas
Suite 406
New York, NY 10016
(212) 684-3933
Fax: (212) 684-0920

# EXHIBIT  3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CHAMBERS OF JUDGE SHIRA A. SCHEINDLIN
NEW YORK, NEW YORK  10007
Telephone (212) 805-0246
Telefax  (212) 805-7920

## FACSIMILE COVER SHEET

The information contained in this facsimile message is intended only for the use of
the individual or entity named below.  If the reader of this message is not the
intended recipient, or the employee or agent responsible to deliver it to the
intended recipient, you are hereby notified that any dissemination, distribution or
copying of this communication is strictly prohibited.  If you have received this
communication in error, please immediately notify us by telephone, and return the
original message to us at the above address via the U.S. Postal Service.

ADDRESSEE: _Edward D. Fagan_

ADDRESSEE FACSIMILE TELEPHONE NUMBER: _(646) 304-6446_

NAME OF COMPANY: _____

COMPANY TELEPHONE NUMBER: _____

CITY AND STATE: _5 Penn Plaza, NY N.Y_

DATE TRANSMITTED: _____    TIME TRANSMITTED: _____

SENDER/NAME: _JUDGE SHIRA A. SCHEINDLIN_

OPERATOR: _Connie Daughtry_

CASE NAME: _Blaimauer, et al. V. Oswrig, etc_

DOCKET NUMBER: _MDL 1428_

NUMBER OF PAGES Including Cover Sheet: _7_

## IMPORTANT!

MESSAGE: __PLEASE DELIVER IMMEDIATELY!__

_____ Original will NOT follow     _____ Original WILL follow

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
IN RE:  SKI TRAIN FIRE IN KAPRUN    :
AUSTRIA ON NOVEMBER 11, 2000    :          MDL # 1428 (SAS)
------------------------------------------------X
This document relates to the following actions:
------------------------------------------------X
JOHANN BLAIMAUER, et al.,    :          ORDER

                              :
              Plaintiffs,     :

                              :

       - against -            :

                              :          03–CV–8960 (SAS)
OMNIGLOW CORPORATION, et al.,  :

                              :
              Defendants.     :
------------------------------------------------X
------------------------------------------------X
HERMAN GEIER, et al.,         :

                              :
              Plaintiffs,     :

                              :

       - against -            :

                              :          03–CV–8961 (SAS)
OMNIGLOW CORPORATION, et al.,  :

                              :
              Defendants.     :
------------------------------------------------X
------------------------------------------------X
NANAE MITSUMOTO, et al.,      :

                              :
              Plaintiffs,     :

                              :

       - against -            :          06–CV–2811 (SAS)

                              :
THE REPUBLIC OF AUSTRIA, et al.,  :

                              :
              Defendants.     :
------------------------------------------------X

1

```
----------------------------------------X
NANAE MITSUMOTO, et al.,                :
                                        :
                Plaintiffs,             :
                                        :
         - against -                    :        07–CV–935 (SAS)
                                        :
ROBERT BOSCH                            :
CORPORATION, et al.,                    :
                                        :
                Defendants.             :
----------------------------------------X
----------------------------------------X
JOOP H. STADMAN, et al.,                :
                                        :
                Plaintiffs,             :
                                        :
         - against -                    :        07–CV–3881 (SAS)
                                        :
AUSTRIAN NATIONAL TOURIST               :
OFFICE INC., et al.,                    :
                                        :
                Defendants.             :
----------------------------------------X
----------------------------------------X
RASTKO and DRAGICA FERK, et al.,        :
                                        :
                Plaintiffs,             :
                                        :
         - against -                    :        07–CV–4104 (SAS)
                                        :
OMNIGLOW CORPORATION, et al.,           :
                                        :
                Defendants.             :
----------------------------------------X
```

SHIRA A. SCHEINDLIN, U.S.D.J.:

By Order dated December 26, 2007 (the "December 26 Order"), this

Court recused itself sua sponte with respect to any future proceedings in the action

2

captioned *Edward D. Fagan, Dr. Bernd Geier, and Dr. Gerhard Podovsovnik v.*
*James F. Lowy, International Law Group, LLC, Robert J. Hantman, and Hantman*
*& Associates,* 07 Civ. 10293, pursuant to 28 U.S.C. § 455(a).  Because the Court
had previously disqualified Edward D. Fagan from appearing as counsel in the *In*
*re Ski Train Fire in Kaprun Austria on November 11, 2000 ("Ski Train")* cases
and sanctioned him for his pattern of unethical conduct,[1] the Court found it
appropriate to recuse itself from the suit in which Mr. Fagan himself is a *party.*
The December 26 Order, however, takes no action with respect to the *Ski Train*
cases, in which Mr. Fagan no longer appears as counsel on behalf of any party.  To
the extent Mr. Fagan's letter to the Court, dated January 2, 2008, renews his
motion to recuse this Court in the *Ski Train* cases, that motion is again denied for
all of the reasons previously stated.[2]

Additionally, in violation of section I.B. of the Court's Individual
Rules and Procedures, Mr. Fagan has routinely transmitted lengthy
correspondence to the Court without obtaining prior approval.[3]  Because Mr.
Fagan no longer appears before the Court in any action either as a party or as

---

[1]    *See In re Ski Train Fire in Kaprun Austria on November 11, 2000,*
Nos. 01 MDL 1428, 03 Civ. 8960, 03 Civ. 8961, 06 Civ. 2811, 07 Civ. 935, 07
Civ. 3881, 07 Civ. 4104, 2007 WL 2398697, at *3 (S.D.N.Y. Aug. 16, 2007).

[2]    *See* 8/28/07 Order.  *See also* 12/20/07 Order.

[3]    *See* 10/31/05 Individual Rules and Procedures of Judge Shira A.
Scheindlin, § I.B.

3

counsel, he is not to make any further motions or direct any further correspondence to this Court. Mr. Fagan has repeatedly moved to recuse this Court in the *Ski Train* cases. He has also repeatedly moved for reconsideration of this Court's previous Orders in the *Ski Train* cases. Each time, his motions have been denied. Any further motions seeking the same relief will be frivolous. Mr. Fagan's remedy, if any, lies with the Court of Appeals. A violation of this Order may warrant the imposition of sanctions.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:  New York, New York
January 3, 2008

4

JAN-04-2008  12:38

## - Appearances -

Edward D. Fagan, Esq.
Five Penn Plaza, 23rd Floor
New York, NY 10001
(646) 378-2225

James F. Lowy, Esq.
International Law Group, LLC
3907 Henderson Blvd., Ste. 200
Tampa, FL 33629
(813) 282-0384

*For Defendant Bosch Rexroth Corp., Robert Bosch Corp.:*

Neil Rosolinsky, Esq.
Reed Smith LLP
599 Lexington Avenue, 28th Floor
New York, NY 10022
(212) 549-0391

*For Defendant Siemens Transportation Systems, Inc. and as Liaison Counsel for all Defendants:*

Brant W. Bishop, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5000

Ryan M. Morettini, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

Robert W. Littleton, Esq.
Littleton Joyce Ughetta & Park LLP

5

39 Broadway, 34th Floor
New York, NY 10006
(212) 404-5777

*For Defendant Wika Instrument Corp.:*

Eileen T. McCabe, Esq.
Stephen Roberts, Esq.
William Lalor, Esq.
Mendes & Mount LLP
750 Seventh Avenue
New York, NY 10019
(212) 261-8000

*For Defendant Hydac Technology Corp.:*

Nancy Ledy-Gurren, Esq.
Ledy-Gurren, Bass & Siff LLP
475 Park Avenue South
New York, NY 10016
(212) 447-1111

*For Defendants American Cyanamid Inc. and Omniglow Corp.:*

E. Gordon Haesloop, Esq.
Bartlett McDonough, Bastone & Monaghan LLP
300 Old Country Road
Mineola, NY 11501
(516) 877-2900

*For Defendant Exxon Mobil:*

John F. Tully, Esq.
Robert Owen, Esq.
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY 10103
(212) 318-3000

# EXHIBIT   4

'M/ECF Version 3.1.1

https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?923981243787765-L_889_0-1

RELATED

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-10293-SAS**

Edward D. Fagan, Esq. v. James F. Lowy, Esq. et al
Assigned to: Judge Shira A. Scheindlin
Demand: $5,000,000
Related Case: 1:01-md-01428-SAS-THK
Case in other court: Supreme Court-County of New York, 114562-07
Cause: 28:1442 Notice of Removal

Date Filed: 11/13/2007
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Edward D. Fagan, Esq.**

represented by **Edward Davis Fagan**
Edward D. Fagan, Esq.,
Regus Worldwide Office Centers
Five Penn Plaza
23rd Floor
New York, NY 10001
(646) 378-2225
Fax: (646) 417-5558
Email: faganlawintl@aim.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**V.**

**Defendant**

**James F. Lowy, Esq.**

represented by **Michael Richard Perle**
Michael R. Perle, PC
1265 Paterson Plank Road
Secaucus, NJ 07094
(212) 864-0423
Fax: (201)-617-5500

1/24/08 8:02 AM

SDNY CM/ECF Version 3.1.1

Email: m.perle@earthlink.net
*ATTORNEY TO BE NOTICED*

**Defendant**

**International Law Group, LLC**

represented by **Michael Richard Perle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Hantman, Esq.**

represented by **Robert J Hantman**
Hantman & Associates
1414 Avenue of the Americas
Suite 406
New York, NY 10016
(212) 684-3933
Fax: (212) 684-0920
Email: hantmanrj@aol.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hantman & Associates**

represented by **Robert J Hantman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does**
*1-5*

**Defendant**

**Jane Does**
*1-5*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 11/13/2007 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 114562-07. (Filing Fee $ 350.00, Receipt Number 632480).Document filed by James F. Lowy, Esq., International Law Group, LLC, Robert Hantman, Esq., Hantman & Associates.(mbe) (Entered: 11/16/2007) |

SDNY CM/ECF Version 3.1.1

https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?923981243787765-L_889_0-1

| 11/13/2007 | | CASE REFERRED TO Judge Shira A. Scheindlin as possibly related to 1:01MDL1428. (mbe) (Entered: 11/16/2007) |
| --- | --- | --- |
| 11/13/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by James F. Lowy, Esq., International Law Group, LLC, Robert Hantman, Esq., Hantman & Associates.(mbe) (Entered: 11/16/2007) |
| 11/26/2007 | 3 | NOTICE OF APPEARANCE by Edward Davis Fagan on behalf of Edward D. Fagan, Esq. (Fagan, Edward) (Entered: 11/26/2007) |
| 11/29/2007 | | CASE ACCEPTED AS RELATED. Create association to 1:01-md-01428-SAS-THK. Notice of Assignment to follow. (laq) (Entered: 12/05/2007) |
| 11/29/2007 | 4 | NOTICE OF CASE ASSIGNMENT to Judge Shira A. Scheindlin. Judge Unassigned is no longer assigned to the case. (laq) (Entered: 12/05/2007) |
| 11/29/2007 | | Magistrate Judge Theodore H. Katz is so designated. (laq) (Entered: 12/05/2007) |
| 12/05/2007 | | Mailed notice to the attorney(s) of record. (laq) (Entered: 12/05/2007) |
| 12/13/2007 | 5 | MOTION for Extension of Time *and Motion to Seal and for Other Relief*. Document filed by Edward D. Fagan, Esq..(Fagan, Edward) (Entered: 12/13/2007) |
| 12/13/2007 | 6 | NOTICE of Exhibits to Motion to Seal and For Other Relief re: 5 MOTION for Extension of Time *and Motion to Seal and for Other Relief*.. Document filed by Edward D. Fagan, Esq.. (Attachments: # 1 Exhibit 2 to Motion, # 2 Exhibit 3 to Motion)(Fagan, Edward) (Entered: 12/13/2007) |
| 12/28/2007 | 7 | ORDER that I hereby recuse myself sua sponte with respect to any future proceedings in this action pursuant to 28 USC 455(a). A stay of all proceedings is ordered pending reassignment of this matter. The Clerk of the Court is directed to reassign this action, and to refer all further proceedings to the Judge to whom this action shall be reassigned. (Signed by Judge Shira A. Scheindlin on 12/26/07) (dle) (Entered: 01/02/2008) |

| PACER Service Center | | |
| --- | --- | --- |
| Transaction Receipt | | |
| 01/24/2008 08:02:44 | | |
| PACER Login: | ef0762 | Client Code: |
| Description: | Docket Report | Search Criteria: | 1:07-cv-10293-SAS |

SDNY CM/ECF Version 3.1.1                                https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?923981243787765-L_889_0-1

| Billable Pages: | 2 | Cost: | 0.16 |
|---|---|---|---|

1/24/08 8:02 AM