**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
IN RE: SKI TRAIN FIRE IN KAPRUN AUSTRIA
ON NOVEMBER 11, 2000

01 **MDL** 1428 (SAS)
------------------------------------------------------------X
This document relates to the following actions:
------------------------------------------------------------X
JOHANN BLAIMAUER, et al.,
                Plaintiffs,

03 **CIVIL** 8960 (SAS)

**SCANNED**

      -against-

**JUDGMENT**

OMNIGLOW CORPORATION, et al.,
                Defendants.
------------------------------------------------------------X
------------------------------------------------------------X
HERMAN GEIER, et al.,
                Plaintiffs,

03 **CIVIL** 8961 (SAS)

      -against-

OMNIGLOW CORPORATION, et al.,
                Defendants.
------------------------------------------------------------X
------------------------------------------------------------X
NANAE MITSUMOTO, et al.,
                Plaintiffs,

06 **CIVIL** 2811 (SAS)

      -against-

THE REPUBLIC OF AUSTRIA, et al.,
                Defendants.
------------------------------------------------------------X
------------------------------------------------------------X
NANAE MITSUMOTO, et al.,
              Plaintiffs,

07 **CIVIL** 0935 (SAS)

      -against-

ROBERT BOSCH CORPORATION, et al.,
                Defendants.
------------------------------------------------------------X

U.S. DISTRICT COURT FILED JUN 1 6 2008 S.D. OF N.Y.

```
-------------------------------------------------------X
JOOP H. STADMAN, et al.,
                    Plaintiffs,              07 CIVIL 3881 (SAS)

        -against-

AUSTRIAN NATIONAL TOURIST OFFICE INC., et al.,
                    Defendants.
-------------------------------------------------------X
-------------------------------------------------------X
RASTKO and DRAGICA FERK, et al.,
                    Plaintiffs,              07 CIVIL 4104 (SAS)

        -against-

OMNIGLOW CORPORATION, et al.,
                    Defendants.
-------------------------------------------------------X
```

Whereas by Opinion and Order dated August 16, 2007, this Court having disqualified Edward D. Fagan from further participation on behalf of plaintiffs in all of the above-captioned actions; because plaintiffs did not retain counsel within thirty days or notify the Court of their intention to proceed pro se within sixty days of the August 16 Order, the Court having deemed the pending motions for reconsideration moot and withdrawn, and the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on June 10, 2008, having rendered its Opinion and Order directing the Clerk of the Court to dismiss these actions pursuant to the August 16 Order, [Nos. 03 civ. 8960; 03 Civ. 8961; 06 Civ. 2811; 07 Civ. 0935; 07 Civ.3881; and 07 Civ. 4104], it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 10, 2008, these actions are dismissed pursuant to the August 16 Order, [Nos. 03 civ. 8960; 03 Civ. 8961; 06 Civ. 2811; 07 Civ. 0935; 07 Civ.3881; and 07 Civ.

4104]; the Court also denies disqualified counsel Edward D. Fagan request that the Court enter the August 16 Order as a final judgment pursuant to Fed. R. Civ. P. 54(b).

Dated: New York, New York
       June 16, 2008

                                        J. MICHAEL McMAHON
                                            Clerk of Court

BY: _____
                                            Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____