UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE: SKI TRAIN FIRE IN KAPRUN AUSTRIA   :   MDL # 1428 (SAS)
 ON NOVEMBER 11, 2000                     :   (pending in Southern
-----------------------------------------------------------------X   District of New York)
This document relates to the following cases:
-----------------------------------------------------------------X

| | | |
|---|---|---|
| BLAIMAUER, et al, | Plaintiffs, | |
| - and - | | Civil Action # |
| | | 03–CV–8960 (SAS) |
| OMNIGLOW CORPORATION, et al | | |
| | Defendants. | |

-----------------------------------------------------------------X

| | | |
|---|---|---|
| GEIER, et al, | Plaintiffs, | |
| - and - | | Civil Action # |
| | | 03–CV–8961 (SAS) |
| OMNIGLOW CORPORATION, et al | | |
| | Defendants. | |

-----------------------------------------------------------------X

| | | |
|---|---|---|
| MITSUMOTO, et al, | Plaintiffs, | |
| - and - | | Civil Action # |
| | | 06–CV–2811 (SAS), |
| REPUBLIC OF AUSTRIA, et al | | |
| | Defendants. | |

-----------------------------------------------------------------X

| | | |
|---|---|---|
| MITSUMOTO, et al, | Plaintiffs, | |
| - and - | | Civil Action # |
| | | 07–CV–0935 (SAS) |
| ROBERT BOSCH CORP., et al | | |
| | Defendants. | |

-----------------------------------------------------------------X

| | | |
|---|---|---|
| STADMAN, et al, | Plaintiffs, | |
| - and - | | Civil Action # |
| | | 07–CV–3881 (SAS) |
| AUSTRIAN NATIONAL TOURIST OFFICE, et al | | |
| | Defendants. | |

-----------------------------------------------------------------X

```
-----------------------------------------------------------------X
FERK , et al,                        Plaintiffs,    :
                                                    :
        - and -                                     :     Civil Action #
                                                    :     07–CV–4104 (SAS)
OMNIGLOW CORPORATION, et al                         :
                                     Defendants.    :
-------------------------------------------------------------- X
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused the foregoing **MOTION PURSUANT TO NEW YORK JUDICIARY LAW SECTION 475, DECLARATION OF ROBERT J. PEARL** with exhibits and MEMORANDUM OF LAW to be electronically filed with the Clerk of the Court and served electronically upon counsel of record.

Dated: July 16, 2008                    /s/ Robert J. Pearl (electronically signed)