USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: SKI TRAIN FIRE IN KAPRUN AUSTRIA ON NOVEMBER 11, 2000 | MDL # 1428 (SAS) |

This document relates to the following actions:

| | |
|---|---|
| JOHANN BLAIMAUER, et al., <br><br> Plaintiffs, <br><br> - against - <br><br> OMNIGLOW CORPORATION, et al., <br><br> Defendants. | **JUDGMENT** FOR ATTORNEY FEES <br><br><br><br> 03-CV-8960 (SAS) |
| HERMAN GEIER, et al., <br><br> Plaintiffs, <br><br> - against - <br><br> OMNIGLOW CORPORATION, et al., <br><br> Defendants. | 03-CV-8961 (SAS) |
| NANAE MITSUMOTO, et al., <br><br> Plaintiffs, <br><br> - against - <br><br> THE REPUBLIC OF AUSTRIA, et al., <br><br> Defendants. | 06-CV-2811 (SAS) |

| | |
|---|---|
| NANAE MITSUMOTO, et al., <br><br> Plaintiffs, <br><br> - against - <br><br> ROBERT BOSCH CORPORATION., et al., <br><br> Defendants. | 07-CV-935 (SAS) |
| JOOP H. STADMAN, et al., <br><br> Plaintiffs, <br><br> - against - <br><br> AUSTRIAN NATIONAL TOURIST OFFICE INC., et al., <br><br> Defendants. | 07-CV-3881 (SAS) |
| RASTKO and DRAGICA FERK, et al., <br><br> Plaintiffs, <br><br> - against - <br><br> OMNIGLOW CORPORATION, et al., <br><br> Defendants. | 07-CV-4104 (SAS) |

This action came on for hearing before the Court, the Honorable Shira A. Scheindlin, District Court Judge, presiding, based on a motion by Defendants Bosch Rexroth Corporation, et al. to disqualify and recover costs and fees from Edward D. Fagan, attorney for Plaintiffs in the above-captioned cases. The issues having been duly heard and a decision having been duly rendered by the Court on November 26, 2007 and

filed on November 27, 2008 in favor of Defendants, it is ordered and adjudged that Defendant Bosch Rexroth Corporation recover and receive $14,534.43 from Edward D. Fagan for reasonable litigation costs and fees and that this amount be immediately paid by Edward D. Fagan.

Dated: New York, New York
       September 15, 2008

_____
U.S.D.J.

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____